**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6966**

FELICIA R. GLASS,

       Plaintiff - Appellant,

    v.

CLAUDETTE HANKERSON,

       Defendant - Appellee,

    and

NCCIW; MS. ALSOP; JIHAN BROWN; MR. RUSSO,

       Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:17-ct-03127-BO)

Submitted:  May 26, 2021                    Decided:  June 3, 2021

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Felicia R. Glass, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia R. Glass appeals the district court's order granting Defendant Hankerson's motion for summary judgment and dismissing Glass' 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glass v. Hankerson*, No. 5:17-ct-03127-BO (E.D.N.C. May 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*